[No. 62671-0-I. Division One. August 24, 2009.]

TERRAMAR RETAIL CENTERS, LLC, *Respondent*, v. WILLIAM B. HALL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-38138-4, Michael Heavey, J., entered October 31, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[No. 62800-3-I. Division One. August 24, 2009.]

MICHAEL L. DRAKE, *Appellant*, v. ROBERT R. BURGESS ET AL., *Respondents*.

MICHAEL L. DRAKE, *Appellant*, v. JONATHAN PAUL OWEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-03219-9, Charles W. Mertel, J., entered November 18, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Lau, J.

[No. 62812-7-I. Division One. August 24, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-07522-9, Regina S. Cahan, J., entered October 20, 2008. *Remanded* by unpublished per curiam opinion.

[No. 63650-2-I. Division One. August 24, 2009.]

*In the Matter of the Personal Restraint of* ROBERT JOSEPH LUMPKIN, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.